IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE HURST, an individual doing business as THE PEGASUS GROUP,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for UNITED COMMERCIAL BANK, INC.,<br><br>    Defendant.             / | No. C 11-3424 CW<br><br>ORDER VACATING OCTOBER 25, 2011 CASE MANAGEMENT CONFERENCE AND REQUIRING PROOF OF SERVICE OF THE SUMMONS AND COMPLAINT |

    Following the reassignment of this action to the undersigned, a case management conference was scheduled for October 25, 2011. Docket No. 8.  However, the Court notes that Plaintiff has not yet served a summons and complaint on Defendant.  Nor have the parties submitted the required joint case management statement.

    Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff is required to serve Defendant with a summons and the complaint by November 10, 2012 or face dismissal of the action for failure to prosecute. Fed. R. Civ. P. 4(m) ("If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").  The October 25, 2011 case management conference is rescheduled for December 13, 2011.

1  If Plaintiff does not file a timely proof of service on Defendant,
2  the case will be dismissed for failure to prosecute and the case
3  management conference will be vacated.

5       IT IS SO ORDERED.



7  Dated: 10/21/2011
   CLAUDIA WILKEN
   United States District Judge