IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE HURST, an individual doing business as THE PEGASUS GROUP,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for UNITED COMMERCIAL BANK, INC.,<br><br>    Defendant.<br>_____/ | No. C 11-3424 CW<br><br>ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFF'S COMPLAINT FOR FAILURE TO PROSECUTE |

    On November 21, 2011, the Court warned Plaintiff that failure to serve Defendant with a summons and the complaint, pursuant to Federal Rule of Civil Procedure 4(m), would result in dismissal of this action for failure to prosecute.  The Court required Plaintiff to serve Defendant or submit a request for an extension of time for service, on or before December 1, 2011, or face dismissal of this action without prejudice for failure to prosecute.  Plaintiff has provided no indication that he has served Defendant.  Accordingly, this action is dismissed without prejudice for failure to prosecute.

    IT IS SO ORDERED.

Dated: December 2, 2011

                                      CLAUDIA WILKEN
                                      United States District Judge